HELEN SCHIFF, Plaintiff, v. ALVEE SPORTSWEAR Co., INC., et al., Defendants. NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Trustee in Bankruptcy of ALVEE SPORTSWEAR Co., INC., Respondent, v. HELEN SCHIFF et al., Appellants.—

(See *Schiff* v. *Alvee Sportswear Co., ante*, p. 749, decided herewith.) Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur. [199 Misc. 368.]